# EXHIBIT 7

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Ben Meiselas (SBN 277412) <br> Geragos & Geragos, APC <br> 644 South Figueroa Street <br> Los Angeles, CA 90017-3411 <br> TELEPHONE NO.: 213-625-3900   FAX NO. *(Optional)*: 213-232-3255 <br> E-MAIL ADDRESS *(Optional)*: geragos@geragos.com <br> ATTORNEY FOR *(Name)*: James Caspari, Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES <br> STREET ADDRESS: 111 North Hill Street <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: Los Angeles, 90012 <br> BRANCH NAME: Stanley Mosk Courthouse | |
| PLAINTIFF/PETITIONER: JAMES CASPARI <br> DEFENDANT/RESPONDENT: CITY OF LOS ANGELES, et al. | CASE NUMBER: <br> 20STCV11962 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> Department 96 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✔ summons
   b. ✔ complaint
   c. ✔ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✔ other *(specify documents)*: Notice of Case Assignment, Civil Cover Sheet Addendum

3. a. Party served *(specify name of party as shown on documents served)*:
   Los Angeles Police Department

   b. ✔ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Receptionist, City Clerk's Office

4. Address where the party was served:
   Office of the City Clerk, 200 N Spring Street, Hall Room 395, Los Angeles, CA 90012

5. I served the party *(check proper box)*
   a. ✔ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: April 17, 2020   (2) at *(time)*: 1:55 pm
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

**Exhibit 7 - Page 35**

| PLAINTIFF/PETITIONER: JAMES CASPARI | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CITY OF LOS ANGELES, et al. | 20STCV11962 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*: Los Angeles Police Department
      under the following Code of Civil Procedure section:
      - ☐ 416.10 (corporation)
      - ☐ 416.20 (defunct corporation)
      - ☐ 416.30 (joint stock company/association)
      - ☐ 416.40 (association or partnership)
      - ☑ 416.50 (public entity)
      - ☐ 415.95 (business organization, form unknown)
      - ☐ 416.60 (minor)
      - ☐ 416.70 (ward or conservatee)
      - ☐ 416.90 (authorized person)
      - ☐ 415.46 (occupant)
      - ☐ other:

7. **Person who served papers**
   a. Name: Tony Benitez
   b. Address: 644 South Figueroa Street, Los Angeles, California 90017
   c. Telephone number: 213-625-3900
   d. **The fee** for service was: $
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: April 28, 2020

Tony Benitez
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    ▶ *(signature)* (SIGNATURE)