**MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY**, Chief Assistant City Attorney (SBN 212289)
**SCOTT MARCUS**, Chief, Civil Litigation Branch (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**ELIZABETH T. FITZGERALD**, Deputy City Attorney (SBN 158917)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7560
Fax No.:    (213) 978-8785
Email: Elizabeth.Fitzgerald@lacity.org

*Attorneys for Defendants,* **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, OFFICER LUIS LLANOS, OFFICER SHAYNE SALDANA and DETECTIVE KENNETH SCOTT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CASPARI, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a public entity; LOS ANGELES POLICE DEPARTMENT, a public entity; OFFICER LLANOS, an individual; OFFICER SALDANA, an individual; DETECTIVE SCOTT, an individual; and DOES 1-10, inclusive;<br><br>　　　　Defendants. | **CASE NO.**<br><br>**LASC CASE NO. 20STCV11962**<br>[*Action Filed: March 25, 2020*]<br>[Assigned: Hon. Anthony Mohr; Dept. 96]<br><br>**ATTACHMENT TO CIVIL COVER SHEET** |

**DEFENDANTS**

CITY OF LOS ANGELES

LOS ANGELES POLICE DEPARTMENT

OFFICER LLANOS

OFFICER SALDANA

DETECTIVE SCOTT

**ATTORNEYS FOR DEFENDANTS**

MICHAEL N. FEUER, City Attorney

KATHLEEN A. KENEALY, Chief Deputy City Attorney

SCOTT MARCUS, Chief, Civil Litigation Branch

CORY M. BRENTE, Senior Assistant City Attorney

ELIZABETH T. FITZGERALD, Deputy City Attorney

200 North Main Street

6th Floor, City Hall East

Los Angeles, CA 90012

Phone No.: (213) 978-7052

Fax No.: (213) 978-8785

# PROOF OF SERVICE

I, **NOE TISCARENO**, declare:

I am employed in the County of Los Angeles, California. I am over the age of 18 years, and not a party to the within action; my business address is 200 North Main Street, 600 City Hall East, Los Angeles, California 90012.

On May 15, 2020, I served the foregoing document described as **CIVIL COVER SHEET; ATTACHMENT TO CIVIL COVER SHEET** on the interested parties as listed below:

**Attorney for Plaintiff:**
Ben Meiselas, Esq.
*GERAGOS & GERAGOS*
644 South Figueroa Street
Los Angeles, California 90017-3411

I served a true copy of the document(s) described above by**:**

[**X**] **BY UNITED STATES MAIL:**
[**X**] I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

[] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed this May 15, 2020, at Los Angeles, California.

                 */s/ Noe Tiscareno*
                 **NOE TISCARENO**, Declarant