COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, Esq., State Bar No. 130584
Email: laura.inlow@cdiglaw.com
Lenore C. Kelly, Esq., State Bar No. 170891
Email: lenore.kelly@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA  90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendants, LUIS LLANOS, SHAYNE SALDANA, and KENNETH SCOTT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JAMES CASPARI, an individual<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; a public entity; LOS ANGELES POLICE DEPARTMENT; a public entity; OFFICER LLANOS, an individual; OFFICER SALDANA, an individual; DETECTIVE SCOTT; an individual; and DOES 1-10,<br>    Defendants. | CASE NO. 20-CV-04405-FMO-GJS<br><br>**JOINT STATUS REPORT RE SETTLEMENT**<br><br>Action Filed: March 25, 2020<br>Trial Date:  None Set |

TO THE HONORABLE COURT:

The parties hereby submit this joint report on the status of settlement. The case settled at a mediation on April 20, 2021 with Richard Copeland from the court's mediation panel. The parties are completing the necessary paperwork and hope to submit a Stipulation for Dismissal of the entire matter with prejudice in about sixty (60) days. The parties request that all dates be vacated and offer to file

a further status report with the court on July 2, 2021 if a stipulated dismissal has not been filed by that time.

DATED: May 3, 2021      COLLINSON, DAEHNKE, INLOW & GRECO

By: *Laura E. Inlow*
Laura E. Inlow, Esq.
Attorneys for Defendants
LUIS LLANOS, SHAYNE SALDANA, and KENNETH SCOTT

DATED: May 3, 2021      GERAGOS & GERAGOS, APC

By: /s/ Ben Meiselas
BEN J. MEISELAS
Attorney for Plaintiff
JAMES CASPARI

Dated: May 3, 2021      MICHAEL N. FEUER, City Attorney
CORY M. BRENTE, Supervising Asst. City Attorney

By: /s/ Surekha A. Shepherd
Surekha A. Shepherd, Deputy City Attorney
Attorneys for Defendants
CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757