UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CASPARI,<br><br>　　　Plaintiff<br><br>　　v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>　　　Defendants. | Case No. 2:20-cv-4405-GJS<br><br>**ORDER VACATING DATES AND DEADLINES (Dkt. 27)** |

Upon consideration of the status report indicating that the parties have reached a tentative settlement agreement in this matter [Dkt. 27], and for good cause shown, the Court hereby vacates all currently set dates and deadlines, with the expectation that the parties will file a stipulation for dismissal or a further status report by <u>July 2, 2021</u>.

**IT IS SO ORDERED.**

DATED: May 05, 2021

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE